**MANSFIELD v. GOLDEN CORRAL CORP.**

[346 N.C. 271 (1997)]

NANCY GAY MANSFIELD v. GOLDEN CORRAL CORPORATION

No. 5A97

(Filed 6 June 1997) ·

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 124 N.C. App. 670, 478 S.E.2d 675 (1996), affirming a judgment entered by Barnette, J., on 21 August 1995 in Superior Court, Alamance County. Heard in the Supreme Court 12 May 1997.

*Law Offices of Gary R. Poole, by Gary R. Poole, for plaintiff-appellant.*

*Cranfill, Sumner & Hartzog, L.L.P., by Leigh Ann Garner, for defendant-appellee.*

PER CURIAM.

AFFIRMED.